# Court of Appeals
# of the State of Georgia

ATLANTA, August 14, 2026

*The Court of Appeals hereby passes the following order*

**A27I0007. DELTA AIR LINES, INC. v. DONALD GRAHAM et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2024CV03923



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, August 14, 2026.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*